**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **26–06178**
**JONCARLO CAMPOS**

Debtor

Adversary Proceeding No. **26–00400**
**THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY**

Plaintiff

v.
**JONCARLO CAMPOS**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** JONCARLO CAMPOS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney/Pro Se Plaintiff |
|---|
| **David Gallagher** |
| **Illinois Attorney General** |
| **115 S. LaSalle St.** |
| **Ste 17th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Courtroom 642, 219 S. Dearborn St Chicago, IL 60604 or Using Zoom** | |
| **By video, use link: https://www.zoomgov.com/** | |
| **By telephone, call 1–669–254–5252 or 1–646–828–7666.** | **Status Hearing Date and Time** |
| **Enter the meeting ID 160 817 7512 and passcode 623389.** | **08/24/2026 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
07-06-2026



*Jeffrey P. Allsteadt*
Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Illinois Department of Employment
Security v. JonCarlo Campos                     Adv Proc No: **26-00400**

Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I,_____**De'ja Robinson**_____, certify that service of this summons and a copy of the
complaint was made _____July 6, 2026_____ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to: Joncarlo Campos located at 15 Bernice Ave., Northlake, IL 60164-1708 and to David
M. Siegel located at 790 Chaddick Drive, Wheeling, IL 60090.

☐ Personal Service: By leaving the process with the defendant or with an officer or
agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process
by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of
as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I
further certify that I am, and at all times during the service of process was, not less than 18 years of
age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____July 6, 2026_____     Signature /s/ De'ja Robinson

Print Name:     De'ja Robinson

Business Address: 115 S. LaSalle Street
LL2
Chicago, IL 60603